# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>**SKYLER PHILIPPI**<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 24-mj-2388 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **SKYLER PHILIPPI**, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2332a(a) - Attempting to use a weapon of mass destruction

18 U.S.C. § 1366 - Attempting to destroy an energy facility

Date: November 4, 2024

*Issuing officer's signature*

City and state: Nashville, TN

Jeffery S. Frensley, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/4/24, and the person was arrested on *(date)* 11/2/24 at *(city and state)* Nashville, TN.

Date: 11/4/24

*Arresting officer's signature*

Special Agent Angelo Defeo
*Printed name and title*